CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

60 South Market St.,
Suite 1200
San Jose, California 95133
Telephone: (408) 535-5037
Roger.Dinh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SHAPIRO<br><br>Defendant. | NO. 26-MJ-71362 MAG<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

Defendant David Shapiro is set for a status conference on November 18, 2026, at 1pm. The government has recently produced discovery and defense counsel needs time to review discovery with Mr. Shapiro with an interpreter. Accordingly, the parties jointly request that the status conference currently set for November 18, 2026, be continued to December 10, 2026, for a status conference.

The parties also agree that time should be excluded from November 18, 2026, to December 10, 2026, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the above-referenced time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). With the consent of the defendant, and taking into account the public interest in

the prompt disposition of criminal cases, the Court sets the preliminary hearing to the date set forth in the first paragraph and, based on the parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(6).

DATED: November 16, 2026

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roger Dinh*
Roger Dinh
Special Assistant United States Attorney

DATED: November 16, 2026

*/s/ Varell Fuller*
Varell Fuller
Assistant Federal Public Defender
Attorney for Defendant

**~~[PROPOSED]~~ ORDER**

Based on the parties' stipulation, and good cause appearing, the status conference on November 18, 2026, is hereby continued to December 10, 2026, and time is excluded for the reasons stated.

IT IS SO ORDERED.

DATED: November 16, 2026

Virginia K. DeMarchi
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge